María G. Díaz, SBN: 220087
Kirby Fernando Cañon, SBN: 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, California 93720
Telephone No. (559) 321-8880
Fax No. (559) 321-8878
Maria@mdiazlaw.com
Kirby@mdiazlaw.com

Attorneys for PLAINTIFFS, **JOSE CERVANTES AND JORGE MONTES**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CERVANTES, an individual; and JORGE MONTES, an individual;<br><br>    Plaintiffs,<br>vs.<br><br>CEMEX INC., a Corporation; and DOES 1 to 50, inclusive.<br><br>    Defendants. | CASE: 1:12-CV-01932-LJO-JLT<br><br>**THE PARTIES' STIPULATION TO ALLOW THE PLAINTIFFS TO FILE A FIRST AMEND COMPLAINT AND ORDER**<br><br>*FED. R. CIV. PRO.* 15(a)(2)<br><br>(Doc. 25) |

Plaintiffs **JOSE CERVANTES** and **JORGE MONTES** (collectively, "the Plaintiffs") and Defendant **CEMEX, INC.** hereby stipulate, through their respective attorneys of record as follows:

**WHEREAS**, the parties have agreed that in the interest of efficiency and judicial economy a motion seeking leave to amend is unnecessary in the present action;

**WHEREAS**, the deadline to file an amended pleading is July 29, 2013;

**WHEREAS**, none of the parties in this action will be prejudiced by an amended complaint, all of the Parties hereby request that the Court deem filed the attached first amended complaint. The First Amended Complaint is attached as Exhibit "1";

**WHEREAS**, Defendant waives notice and service of the First Amended Complaint;

**WHEREAS**, Defendant will have fourteen (14) days from the date the date the Court serves notice to the parties that the Order is approved to file an Answer to the Amended Complaint.

**IT IS SO STIPULATED.**

DATED:   July _____, 2013          **THE DIAZ LAW FIRM**

                                                                 _____
                                                                 Kirby F. Canon, Esq.
                                                                 Attorney for Plaintiffs,
                                                                 **JOSE CERVANTES and JORGE MONTES**

DATED: July 25, 2013               **HANSON BRIDGETT**

                                                                  /s/ David Abella
                                                                 _____
                                                                 Dorothy Liu, Esq.
                                                                 David Abella, Esq.
                                                                 Attorneys for Defendant, **CEMEX, INC**.

**ORDER**

Good cause appearing, the Court **ORDERS**:

1. The stipulation to allow Plaintiff to file a First Amended Complaint is **GRANTED**. The First Amended Complaint shall relate back to the date of the filing of the original complaint;

2. Plaintiff **SHALL** file the First Amended Complaint attached as Exhibit 1 to the parties stipulation (Doc. 25-1) no later than **July 29, 2013**;

3. Defendant **SHALL** file its responsive pleading within 20 days of the filing of the complaint.

IT IS SO ORDERED.

Dated:   **July 25, 2013**                               /s/ Jennifer L. Thurston
                                                     UNITED STATES MAGISTRATE JUDGE