María G. Díaz, SBN 220087
Kirby Fernando Cañon, SBN 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, California 93720
Telephone:   (559) 321-8880
Facsimile:   (559) 321-8878
kirby@mdliazlaw.com
maria@mdliazlaw.com

Attorneys for **PLAINTIFFS**, <u>**JOSE CERVANTES and JORGE MONTES**</u>

HANSON BRIDGETT LLP
DOROTHY S. LIU, SBN 196369
dliu@hansonbridgett.com
DAVID A. ABELLA, SBN 275982
dabella@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for **DEFENDANT, CEMEX, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CERVANTES, an *Individual*; JORGE MONTES, an *Individual*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CEMEX, INC., a *Corporation*; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-01932-LJO-JLT<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>**(Doc. 29)** |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN THEREFORE, the Court **GRANTS** the stipulated protective order.  (Doc. 29)

IT IS SO ORDERED.

Dated:   **August 29, 2013**                    /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE