## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CERVANTES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CEMEX, INC.,<br><br>　　　　　Defendants. | CASE NO. 1:12-cv-01932-LJO-JLT<br><br>**ORDER TO SHOW CAUSE WHY A CONTEMPT CITATION SHOULD NOT ISSUE AGAINST JAMES HAMILTON** |

**TO:  JAMES HAMILTON**

YOU ARE HEREBY ORDERED TO APPEAR on **April 9, 2014 at 9 a.m**. at the United States Courthouse, located at 510 19th Street, Bakersfield, California, to show cause why you should not be held in contempt for willfully disobeying a Subpoena in a Civil Case which was personally served upon you on January 20, 2014, and which required your appearance and the production of documents at a deposition on February 26, 2014.

In the event, you submit to deposition by Plaintiffs before the hearing on April 9, 2014, the Court will consider vacating the hearing re: contempt and discharging the order to show cause.

IT IS SO ORDERED.

Dated:  **March 6, 2014**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE