# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CERVANTES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CEMEX, INC.,<br><br>　　　　Defendants. | CASE NO. 1:12-cv-01932-LJO-JLT<br><br>**ORDER AFTER TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE**<br><br>**(Doc. 47)** |

On July 11, 2014, the Court held a telephonic conference re: discovery dispute at the request of Plaintiffs. (Doc. 47) At the conference, counsel were unable to resolve most of the issues[1] so, as to these issues, Plaintiffs are granted permission to pursue formal resolution of their dispute according to the procedures set forth in Local Rule 251.[2]

At the informal conference, counsel resolved a few issues as follows:

1.　　Special Interrogatories Set Two, interrogatory 18 – Defendants will clarify the missing name related to the employee "O'Connell" but in all other respects, the issue was not resolved;

2.　　Request for Production Set Four, request 114 – Defendants will amend their

---

[1] Unfortunately, before the conference addressed all of the issues, the Court's telephone system went down. Thus, as to the issues that were not addressed with the Court, the parties may raise them in the motion practice authorized herein.

[2] In doing so, they must comply with the deadlines set forth in the scheduling order. (Doc. 21 at 4)

1

response to clarify that all responsive documents have been produced;

    3.    Special Interrogatories Set One, interrogatory 3 as narrowed to request information related to customers who have requested "English-only" be used on Cemex's radios – Defendants will amend their response to indicate that they have no documents responsive;

    4.    Special Interrogatories Set One, interrogatory 3 as narrowed to seek Defendants to identify Cemex's locations from 2010 where there was an "English-only" policy related to the use of the company radios;

Before the telephone conference, counsel agreed that the dispute had been resolved as to:

    1.    Special Interrogatories Set Two, interrogatories 31, 33, 34, 35, 38, 43, 44;

    2.    Request for Production Set Two, requests 51, 63.

IT IS SO ORDERED.

Dated:   **July 11, 2014**            **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE