María G. Díaz, SBN 220087
Kirby Fernando Cañon, SBN 276414
**THE DIAZ LAW FIRM**
7045 N. Maple Ave., Suite 107
Fresno, California 93720
Telephone: (559) 321-8880
Facsimile: (559) 321-8878
Kirbv@mdliazlaw.com
Maria@mdiazlaw.com

Nathan Goldberg SBN:61292
**ALLRED MAROKO GOLDBERG**
6300 Wilshire Blvd, Suite 1500
Los Angeles, CA 90048
Telephone No. (323) 653-6530
Fax No. (323) 653-1660
NGoldberg@amglaw.com

Attorneys for **PLAINTIFFS**, **JOSE CERVANTES and JORGE MONTES**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JOSE CERVANTES, *an Individual*; and JORGE MONTES, *an Individual*,

Plaintiffs,

vs.

CEMEX, INC., *a Corporation*; and DOES 1 to 50, inclusive,

Defendants.

CASE NO. 1:12-cv-01932-LJO-JLT

**ORDER GRANTING PLAINTIFFS' MOTION FOR A STAY PENDING APPEAL PURSUANT TO Fed. R. Civ. P. 62(d)**

Date: March 30, 2015
Time: 8:30 a.m.
Courtroom: 4, 7th Floor
Judge: Hon. Judge Lawrence J. O'Neill

After consideration of Plaintiffs Motion For Approval of a Stay Pending Appeal Pursuant To Fed. R. Civ. P. 62(d), all other papers filed herein, the records of the case, and the oral argument on the Motion, if any, and good cause appearing, the Court **HEREBY ORDERS** as follows:

1) Plaintiffs' Bank of The West Cashier's Check, Check No. 1001788597, in the amount of $1,677.42 is APPROVED.

2) Plaintiffs are directed to deliver the $1,677.42 Cashier's Check to the Clerk or Chief Deputy Clerk of the United States District Court, Eastern District, Fresno within 7 court days of the signing of this Order.

3) These funds satisfy this Court's Order on Defendant's Bill of Costs, which tax the Plaintiffs $1,341.93 in costs – including any applicable interest.

4) The Clerk may use the Cashier's Check deposited to acknowledge the $1,341.93 in costs taxed by this Court, Dkt. #111, and any applicable interest, as soon as the pending appeal with the United States Court of Appeal for the Ninth Circuit, Case No. 14-17437, is terminated by Court order or the Parties reach a resolution regarding the disposition of the Cashier's Check.

**ORDER**

Good cause having been shown and in light of Defendant's statement of non-opposition, Plaintiffs' motion to stay enforcement of the bill of costs is GRANTED.  The hearing on the motion, currently set for March 30, 2015, is VACATED.

IT IS SO ORDERED.

Dated:   **March 18, 2015**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE