UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CERVANTES and JORGE MONTES,<br><br>Plaintiffs,<br><br>v.<br><br>CEMEX, INC.,<br><br>Defendant. | 1:12-CV-01932-LJO-JLT<br><br>ORDER RE BILL OF COSTS |

On February 11, 2015, the Court taxed costs against Plaintiffs in the amount of $1,341.93. ECF No. 116. Plaintiffs appealed the judgment against them, ECF No. 111, and requested that the Court stay enforcement of the bill of costs pending disposition of the appeal, ECF No. 117. On February 18, 2015, the Court granted Plaintiffs' motion and ordered that $1,677.41 (125% of the ordered costs) be held as a bond pending resolution of the appeal. ECF No. 119. The appeal was voluntarily dismissed as of June 24, 2016. ECF No. 120.

The Court has been in communication with the parties in this matter. Based on their representation that they reached a global settlement that resolved the issues of costs and called for disbursement of the entire bond and any interest to Plaintiffs' counsel, the Court ORDERS the Clerk of Court to disburse the bond money – $1,677.41 plus interest accrued on that amount – to Plaintiffs' counsel, Maria Diaz, Allred Maroko Goldberg, 6300 Wilshire Blvd Suite 1500, Los Angeles, CA 90048.

IT IS SO ORDERED

Dated: Aug 30 2018

Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE